IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.L., an infant by SERENA LICASTRO, her Natural Mother and Legal Guardian and SERENA LICASTRO, Individually, *Plaintiffs,* | : : : : : | CIVIL ACTION |
| v. | : : | NO. 23-00028 |
| SEAWORLD PARKS & ENTERTAINMENT, LLC, d/b/a SESAME PLACE, *Defendant.* | : : : : | |

## ORDER

**AND NOW**, this **28th** day of **August 2023**, upon consideration of the Motion of Defendant, SeaWorld Parks & Entertainment, LLC, d/b/a Sesame Place, for Sanctions for JCC Lillian Schwartz Day Camp's Failure to Comply with the Court's July 26, 2023 Order (ECF No. 60), it is **hereby ORDERED** that Defendant's Motion (ECF No. 60) is **GRANTED**.

A representative of JCC Lillian Schwartz Day Camp must appear for an in-person hearing on **September 20, 2023 at 9:00 a.m. in Courtroom 11B**, located at 601 Market Street, Philadelphia, PA 19106, and bring all records which were requested in Defendant's subpoena.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**