IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.L., *et al.*, | : | CIVIL ACTION |
|          Plaintiffs, | : | |
| | : | |
| vs. | : | NO.   2:23-cv-00028-CFK |
| | : | |
| SEAWORLD PARKS & | : | |
| ENTERTAINMENT, LLC | : | |
|          Defendant. | : | |

## ORDER

AND NOW, this   13TH   day of November, 2023, upon consideration of Petition for Leave to Settle or Compromise Minor's Action (ECF No. 70), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Petition is **GRANTED**.  It is **FURTHERED ORDERED** as follows:

1. The settlement proceeds shall be distributed as follows:

   | | |
   |---|---|
   | GROSS RECOVERY | $85,000.00 |
   | COUNSEL FEE (33.3%)<br>To: Devon Radlin, Esquire | $26,757.00 |
   | COSTS<br>To: Devon Radlin, Esquire | $4727.45 |
   | To: G.L, a minor | $53,515.55 |

2. Plaintiffs' Counsel is authorized to execute all documentation necessary to open a savings account or certificate of deposit in the sum of $53,515.55 in the name of the minor. The savings account or certificate of deposit shall be titled and restricted as follows: the sum to be deposited in the name of the minor only in a federally insured savings account, certificate of deposit or credit union account or account investing only in securities guaranteed

by the United States government or a Federal governmental agency managed by responsible financial institutions.

3. The account shall be marked "not to be withdrawn until the minor reaches the age of eighteen (18) years, except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court."

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge